IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GLENN P. BOWMAN, <br><br> Plaintiff <br> v. <br><br> PHP COMPANIES, INC. <br> d/b/a CARITEN HEALTHCARE, <br><br> Defendant. | Case No.: 3:04-CV-114 <br><br> Judges Varlan / Shirley <br><br> (Jury Demand) |

## AGREED ORDER

WHEREAS, the parties having discussed a limited deposition of the Plaintiff during the telephone conference with Magistrate Judge Shirley on June 24, 2005, and the Court having since modified the Scheduling Order to continue the trial date to February 6, 2006, and upon agreement of the parties,

It is hereby ORDERED that the limited discovery deposition of the Plaintiff pursuant to the June 24, 2005 telephone conference with Magistrate Judge Shirley, in accordance with his limitations, will take place on August 4, 2005, at 9:30 a.m. at the offices of Plaintiff's counsel, or as the parties may otherwise agree.

E N T E R:                           s/ C. Clifford Shirley, Jr.
                                     United States Magistrate Judge
                                     United States District Court Judge

- 1 -

AGREED TO AND APPROVED FOR ENTRY:

| | |
|---|---|
| GLENN P. BOWMAN | PHP COMPANIES, INC.<br>d/b/a CARITEN HEALTHCARE |
| s/Kevin B. Fox (by permission- s/John L. Miller)<br>Kevin B. Fox, BPR # 14851<br>Katherine A. Young, BPR # 17178<br>Dale J. Montpelier, BPR # 17125 | s/John L. Miller<br>Martin B. Bailey, BPR # 15370<br>John L. Miller, BPR # 22192 |
| MONTPELIER & YOUNG, P.A.<br>531 S. Gay Street, Sixth Floor<br>Knoxville, Tennessee 37902<br>Telephone (865) 673-0330<br>Facsimile (865) 673-0440 | WAGNER, MYERS & SANGER, P.C.<br>1801 First Tennessee Plaza<br>P.O. Box 1308<br>Knoxville, TN 37901-1308<br>Telephone (865) 525-4600<br>Facsimile (865) 291-0419 |
| Attorneys for Plaintiff | Attorneys for Defendant |

- 2 -

Case 3:04-cv-00114   Document 141   Filed 07/01/05   Page 2 of 2   PageID #: 77